AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 22 2008

_____ DISTRICT OF New Mexico _____

MATTHEW J. DYKMAN
CLERK

**UNITED STATES OF AMERICA**
V.
PERALTA, Manolo
YESCAS, Axel Jovan

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-406 MJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or February 20, 2008 in Hidalgo County, in the _____ District of New Mexico defendant(s) did, (Track Statutory Language of Offense)

Count I: Conspiracy to distribute approximately 346 lbs of marijuana

in violation of Title 21 United States Code, 846

I further state that I am a(n) DEA Special Agent and that this complaint is based on the following
**Official Title**

facts: On February 20, 2008, U.S. Border Patrol Agents observed two suspicious vehicles turning on around exit 55, Quincy exit off I-10, an area commonly used by narcotics and alien smugglers. BP Agents conducted traffic stop on a 2008 Ford Edge, a rental vehicle driven by Manolo PERALTA and a 2002 Chevy Tahoe driven by Axel YESCA. While BP Agents attempted to pull over the 2008 Ford Edge, PERALTA and another unknown male jumped out and ran. PERALTA was shortly apprehended by BP Agents. During the search of the vehicle PERALTRA was in BP Agent Garcia found several bundles containing a green leafy substance. The substance field-tested positive for marijuana and determined to weigh approximately 346 lbs. During a post arrest interview by BP Agent Garcia, PERALTA admitted he knew he had marijuana inside the vehicle he was in. During a post arrest interview with YESCA, he stated he was hired to pick up marijuana with PERALTA and deliver it to Tucson, AZ for $2000.00 USC. Prosecution authorized by AUSA Renee Camacho.

Continued on the attached sheet and made a part     ☐ Yes  ☒ No

SA Tennille Kinsey
Signature of Complainant

Sworn to before me, and subscribed in my presence,

February 22, 2008                              at Las Cruces, New Mexico
Date                                              City and State

Carmen E. Garza      U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial